UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MATTHEW M. GILLIO,**

      **Plaintiff,**

v.                                                                    Case No:  6:12-cv-1548-Orl-36TBS

**US BANK NA and THE LAW OFFICES OF DANIEL C. CONSUEGRA, P.L.,**

      **Defendants.**

_____

<b><u>ORDER</u></b>

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Thomas B. Smith, filed on December 12, 2012 (Doc. 14).  In the Report and Recommendation, the Magistrate Judge recommends that the Court grant Defendant US Bank NA's Motion to Dismiss Plaintiff's Complaint with Prejudice, or Alternatively to Make a More Definite Statement ("Defendant US Bank's Motion to Dismiss") (Doc. 7) and Defendant Law Offices of Daniel C. Consuegra, P.L.'s Motion to Dismiss or Alternatively Motion for More Definite Statement ("Defendant Law Office's Motion to Dismiss") (Doc. 8), and that the Court dismiss Plaintiff Matthew M. Gillio's ("Plaintiff") Complaint (Doc. 2) without prejudice. *See* Doc. 14.  None of the parties have objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate Judge that on the record currently before the Court, Plaintiff's Complaint does not contain sufficient factual allegations to survive a motion to dismiss. *See* Doc. 14, p. 3–4.  The Court also agrees that Plaintiff should be given an opportunity to file an Amended Complaint. *See id*.  Therefore, after careful consideration of the

Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 14) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Defendant US Bank's Motion to Dismiss (Doc. 7) is **GRANTED**.

3. Defendant Law Office's Motion to Dismiss (Doc. 8) is **GRANTED**.

4. Plaintiff's Complaint (Doc. 2) is **DISMISSED without prejudice**. Plaintiff is granted leave to file an Amended Complaint within **FOURTEEN (14) DAYS** from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on January 15, 2013.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties